NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0875

WILLIAM T. PETROFF

VERSUS

O'LEARY BROTHERS SIGNS & AWNINGS, INC.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2002-4204-B
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

James Thompson Lee
P. O. Box 1021
Bunkie, LA 71322
(318) 346-6616
Counsel for: Defendant/Appellee
        O'Leary Brothers Signs & Awnings, Inc.

Kaliste Joseph Saloom  III
Saloom & Saloom
Post Office Drawer 2999
Lafayette, LA 70502-2999
(337) 234-0111
Counsel for: Plaintiff/Appellant
        William T. Petroff